### BALLENGER *v.* BALLENGER.

GEORGE, J.  This being the first grant of a new trial, and the verdict not having been demanded absolutely by the evidence, this court, without undertaking to make any adjudication with respect to the reason assigned by the trial judge as the basis of his action, will affirm the judgment.  *Van Giesen* v. *Queen Insurance Co.*, 132 *Ga.* 515 (64 S. E. 456).

*Judgment affirmed.  All the Justices concur, except Gilbert, J., disqualified.*

No. 176.   NOVEMBER 15, 1917.

Equitable petition.  Before Judge Munro.  Taylor superior court.  December 26, 1916.

*W. F. Weaver,* for plaintiff.

*Jere M. Moore* and *C. B. Marshall,* for defendant.